```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04440
    HERLYN E OATIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1187


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/13/2007 and was confirmed 06/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00              .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    11925.02              .00       4229.16
AMERICA SERVICING COMPAN  UNSECURED        NOT FILED             .00           .00
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00              .00           .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE         .00              .00           .00
R&R COUNTRY               SECURED VEHIC         .00              .00           .00
R&R COUNTRY               UNSECURED        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED             .00           .00
UNIVERSITY SURGEONS       UNSECURED          237.50              .00           .00
ARMOR SYSTEMS CORP        UNSECURED          145.20              .00           .00
AT&T                      UNSECURED        NOT FILED             .00           .00
CAPITAL ONE               UNSECURED          236.12              .00           .00
CAPITAL ONE               UNSECURED          206.08              .00           .00
FOUNDATION EMERGENCY SER  UNSECURED        NOT FILED             .00           .00
CERTIFIED SERVICES        UNSECURED        NOT FILED             .00           .00
SOUTHWEST ANESTHESIA      UNSECURED        NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED         4098.97              .00           .00
WOW INTERNET & CABLE SER  UNSECURED        NOT FILED             .00           .00
COMCAST                   UNSECURED        NOT FILED             .00           .00
EMERGENCY CARE PHYSICIAN  UNSECURED        NOT FILED             .00           .00
INGALLS MIDWEST EMMERGEN  UNSECURED        NOT FILED             .00           .00
EMERGENCY CARE PHYSICIAN  UNSECURED        NOT FILED             .00           .00
FFCC COLUMBUS INC         UNSECURED          149.00              .00           .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED             .00           .00
MIDWEST PHYSICIAN GROUP   UNSECURED        NOT FILED             .00           .00
MIDWEST PHYSICIAN GROUP   UNSECURED        NOT FILED             .00           .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED             .00           .00
EVERGREEN EMERGENCY SCVS  UNSECURED        NOT FILED             .00           .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED        NOT FILED             .00           .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED             .00           .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED             .00           .00
```

```
RUSH UNIVERSITY MEDICAL    UNSECURED        NOT FILED              .00               .00
NCO MEDCLR                 UNSECURED        NOT FILED              .00               .00
MICHAEL REESE HSPTL & ME   UNSECURED        NOT FILED              .00               .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED              .00               .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED              .00               .00
T MOBILE                   UNSECURED        NOT FILED              .00               .00
UNITED COLLECTION BUREAU   UNSECURED           312.06              .00               .00
ASSET ACCEPTANCE LLC       UNSECURED           440.08              .00               .00
AMERICAS SERVICING COMPA   NOTICE ONLY     NOT FILED               .00               .00
RJM ACQUISITIONS           UNSECURED            61.27              .00               .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      184.00               .00            184.00
ILLINOIS DEPT OF REV       PRIORITY             2.05               .00               .00
ILLINOIS DEPT OF REV       UNSECURED           43.00               .00               .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,500.00                             2,500.00
TOM VAUGHN                 TRUSTEE                                                  529.64
DEBTOR REFUND              REFUND                                                   456.68

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 7,899.48

PRIORITY                                            184.00
SECURED                                           4,229.16
UNSECURED                                              .00
ADMINISTRATIVE                                    2,500.00
TRUSTEE COMPENSATION                                529.64
DEBTOR REFUND                                       456.68
                        ---------------      ---------------
TOTALS                  7,899.48                  7,899.48
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
            CASE NO. 07 B 04440 HERLYN E OATIS